AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means

☐ Original          ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

District of Maryland

✓ FILED   ___ ENTERED
____ LOGGED _____ RECEIVED

**12:42 pm, Jun 07 2021**

AT  BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Information associated with an Instagram account<br>stored by Facebook, Inc., at 1601 Willow Rd, Menlo<br>Park, CA 94025 | )<br>)<br>)<br>)<br>)<br>) | Case No.   1:21-mj-1515 TMD |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Northern_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-1 to the Affidavit attached hereto and incorporated by reference herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B-1 to the Affidavit attached hereto and incorporated by reference herein.

**YOU ARE COMMANDED** to execute this warrant on or before ~~June 3, 2021~~ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Duty Magistrate Judge_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   5/20/2021 4:45 PM                    _____
                                                              *Judge's signature*

City and state:  Baltimore, Maryland                     Hon. Thomas M. DiGirolamo, United States Magistrate Judge
                                                              *Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br><br>1:21-mj-1515 TMD | Date and time warrant executed:<br><br>May 21, 2021  1000 | Copy of warrant and inventory left with:<br><br>Facebook, Inc. |

Inventory made in the presence of :
                    N/A

Inventory of the property taken and name(s) of any person(s) seized:

On 5/21/2021, search warrant was executed via the Facebook, Inc., Law Enforcement Online Requests portal. On 6/4/2021, Facebook, Inc., provided five separate files containing over 6980 pages of data pertaining to the target Instagram account.  Facebook, Inc., provided a cover letter attesting to authenticity of the data.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned electronically along with the warrant to the designated judge pursuant to Fed. R. Crim. P. 4.1 and 41(f)(1)(D).

Date:   June 7, 2021

*Russell Alberti*
—————————————————
*Executing officer's signature*

Russell Alberti, Special Agent, NCIS
—————————————————
*Printed name and title*